**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DONAT BELAND,
    Plaintiff,

vs.                                      Case No.: 3:08cv18/MCR/MD

TRIANGLE FAITH S.A.,
    Defendant.
_____/

### O R D E R

    This matter is before the court on Plaintiff's Response to Show Cause Order. (Doc. 13). Upon consideration, the court determines plaintiff has shown sufficient cause to allow this matter to proceed.

    **ORDERED** this 23rd day of January, 2009.


                                             s/ *M. Casey Rodgers*
                                             **M. CASEY RODGERS
                                             UNITED STATES DISTRICT JUDGE**